EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Nilsson, Beatty, Martin, Chavez, Atchley, M. Moore, Neotti, Evans, Ponders, E. Moore, Hernandez, Boccella, Celaya, Mensing, Caropreso, and Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr., <br><br>                     Plaintiff,<br><br>v.<br><br>M. S. EVANS, et al.,<br><br>                     Defendants. | C 07-2606 PJH (PR)<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

TO LORENZO FOSSELMAN, Jr., PRO SE:

PLEASE TAKE NOTICE that Defendants request a sixty-day extension of the Court's January 28, 2008 deadline to file a motion for summary judgment or other dispositive motion, up to and including March 28, 2008. As explained in detail by the supporting declaration of Michael J. Quinn, this extension will allow counsel additional time to review Plaintiff's file and obtain declarations from prison staff who are familiar with Plaintiff's claims. Counsel intends to

Defs.' Req. Extension Time File Dispositive Mot.           L. Fosselman v. Evans, et al.
C 07-2606 PJH (PR)

1

1  file a dispositive motion after analyzing Plaintiff's file and consulting with prison staff.

2  Dated: January 22, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DAVID S. CHANEY
Chief Assistant Attorney General

6  FRANCES T. GRUNDER
Senior Assistant Attorney General

7  JONATHAN L. WOLFF
Supervising Deputy Attorney General

/s/ Michael J. Quinn

MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants Nilsson, Beatty, Martin, Chavez,
Atchley, M. Moore, Neotti, Evans, Ponders, E. Moore,
Hernandez, Boccella, Celaya, Mensing, Caropreso, and Medina

40207652.wpd
SF2007403391

Defs.' Req. Extension Time File Dispositive Mot.                    L. Fosselman v. Evans, et al.
                                                                    C 07-2606 PJH (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   *Lorenzo Fosselman v. Evans, et al.*

No.:   U. S. D. C., N. D., S. F. DIV., C 07-2606 PJH (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 22, 2008**, I served the attached

1. **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**
2. **DECLARATION OF MICHAEL J. QUINN IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**
3. **[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Lorenzo Fosselman Jr., P-13462**
**Salinas Valley State Prison**
**P.O. Box 1050**
**Soledad, CA 93960**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 22, 2008**, at San Francisco, California.

|  |  |
|---|---|
| J. Baker | *(signature)* |
| Declarant | Signature |

40208535.wpd