EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Nilsson, Beatty, Martin,
Chavez, Atchley, M. Moore, Neotti, Evans, Ponders,
E. Moore, Hernandez, Boccella, Celaya, Mensing,
Caropreso, and Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr.,<br><br>                           Plaintiff,<br><br>     v.<br><br>M. S. EVANS, et al.,<br><br>                           Defendants. | C 07-2606 PJH (PR)<br><br>DECLARATION OF MICHAEL J. QUINN IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

I, Michael J. Quinn, declare and state:

1.   I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section and am assigned to represent Defendants. I submit this declaration in support of Defendants' request for an extension of time to file a dispositive motion. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, would and could so testify.

2.   On November 7, 2007, the Court issued an Order of Service which stated that the

1  allegations in Plaintiff's complaint were "sufficient to require a response" from Defendants. The
2  November 7 Order instructed Defendants to file a motion for summary judgment or other
3  dispositive motion with respect to the claims in the amended complaint no later than 60 days
4  from the date of service.

5      3.    Defendants intend to file a dispositive motion but need additional time to, among other
6  things, review Plaintiff's file and consult with the prison staff that are familiar with Plaintiff's
7  claims.

8      4.    I have not attempted to contact Plaintiff for a stipulated request to extend time because
9  he is a pro-se state prisoner who is not easily available by telephone.

10      5.    For these reasons, Defendants request a sixty-day extension of the deadline, up to and
11  including March 28, 2008.

12      6.    The requested extension of time will have minimal impact on the schedule for the case,
13  and no other deadlines will be affected.

14      7.    This request is not made for any purpose of harassment, undue delay, or any improper
15  reason.

16      I declare under penalty of perjury that the foregoing is true and correct. Executed at San
17  Francisco, California, on January 22, 2008.

                                              Michael J. Quinn
                                              Deputy Attorney General

24  40207665.wpd
    SF2007403391

Decl. M. Quinn Supp. Defs.' Req. Extension Time File Dispositive Mot.    L. Fosselman v. Evans, et al.
C 07-2606 PJH (PR)

2