IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. S. EVANS, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 07-2606 PJH (PR)<br><br>**[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE** |

　　　Defendants moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including March 28, 2008. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

　　　Plaintiff shall file his opposition by April 28, 2008. If Defendants wish to file a reply, they shall do so by May 13, 2008. Absent further order, the motion will be submitted on May 13, 2008 without a hearing.

　　　IT IS SO ORDERED.


Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[Proposed] Order Extending Dispositive-Mot. Deadline　　　　　　　　　　L. Fosselman v. Evans, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-2606 PJH (PR)