Lorenzo Fosselman Jr. # P.13462
P.O. Box 1050 (S.V.S.P)
Soledad Ca. 93960
  IN PRO-SE

FILED
ORIGINAL
08 JAN 28 PM 1:19
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lorenzo Fosselman Jr.
           Plaintiff

V.s

M.S Evans et al...
           Defendants

Case No CV-07-2606 PJH (pr)

REQUEST FOR ENTRY
OF DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;
    Plaintiff Lorenzo Fosselman Jr. hereby request that the clerk enter default in this matter against defendants M.S. Evans; G. Neotti; G. Ponders; J. Celaya; E. Moore; R. Boccella; M. Moore; M. Nilsson; J. Mensing; M. Atchley; E. Medina; B. Chavez; D. Beatty; and J. Caropreso on the grounds said defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

REQ. ENTRY DEFAULT
                    1.

Fosselman V. M.S. Evans et al... C-07-2606 PJH (pr)

1  The U.S. Marshals served the summons and amended complaint
2  on the above defendants on December 3rd 2007, at their
3  place of employment (S.V.SP) See: Ex "A" (Document of Confirmation
4  of Service by the litigation Coordinator at the institution,
5  of both plaintiff and defendants.
6     The above facts are set forth in the
7  accompanying declaration of plaintiff filed herewith.
8
9  Dated: January 21st 2008
10                                    Respectfully Submitted
11
12                                    Lorenzo Fosselman Jr.
                                      In pro-se
13  "    "
14
15  "    '
16  "    "
17  "    "
18  "    "
19  "    "
20  "    "
21  "    "
22  "    "
23  "    "
24  "    "
25  "    "
26  "    "
27  "    "
28  "    "

Req. Entry Default.                    Fosselman v. Evans Et al.
                                       C-07-2606 PJH (PR)
                 2.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN JR
            PLAINTIFF

V.S

M.S. EVANS ET AL......
            Defendants

CASE NO. CV-07-2606 PJH (PR)

DECLARATION OF LORENZO FOSSELMAN JR.
IN SUPPORT OF ENTRY OF DEFAULT
                REQUEST

I, LORENZO FOSSELMAN JR. hereby declares:

1.) I am the plaintiff, IN pro-se, in the above-entitled case. I am competent to testify to the matters set forth herein based upon personal knowledge, if called upon to do so, I would and could so testify. I declare pursuant to U.S.C. §1746:

2.) THE COURTS NOVEMBER 7TH 2007 ORDER directed the U.S. Marshals office to serve all defendants in this action

Decl. OF Pl. FOR ENTRY OF Default
                1.

Fosselman v Evans et al.
C-07-2606 PJH/(PR)

1 Plaintiff's Amended Complaint as well as the Courts Summons

3.) On January 3rd 2008, I wrote an informal letter to the S.V.S.P litigation Coordinator, to inquire as to if and/or when the defendants were served, with the Summons and Amended Complaint and if defendant were represented by Counsel. On January 9th the litigation office responded to my inquiry alerting me that all except 2 defendants were served on December 3rd 2007, I have attached a true & correct copy as Exhibit "A" of the correspondance between I and the S.V.S.P litigation Coordinator.

4.) More than 20 days have elapsed since the defendants were served, and the Defendants have failed to Answer or otherwise defend anything as to plaintiff's Complaint

5.) Defendants are not in the Military Service & are not infants or incompetents.

I declare under the penalty of perjury that the foregoing is true & correct Executed on this 21st day of January 2008 at Soledad Ca.

Respectfully
Lorenzo Fosselman Jr
Lorenzo Fosselman Jr
In pro·se

Decl. of Pl. for Entry of default.
2.

Fosselman V. Evans
et al.    C-07-2606 PJH

1 page to this Ex A

Confirmation of Defendants being served at Salinas Valley State Prison on 12·3·07

**Exhibit**

A

California Department of Corrections & Rehabilitation						Salinas Valley State Prison

## MEMORANDUM

Date:       January 9, 2008

To:         Fosselman P13462

Subject:    *Lorenzo Fosselman v. M. S. Evans, etal.,*
            United States District Court, Northern District, Case no. CV 07-2606 PJH (PR)

This is in response to your letter addressed to the Litigation Coordinator, inquiring the date of service for the listed defendants in your letter on the above mentioned case. On December 3, 2007, all except two of the listed defendants were served. The U. S. Marshals office was informed that defendants C. O. Martin and E. Hernandez transferred to other institutions and were no longer at this institution and therefore they should be served through the Litigation Office at their current institutions. Defense counsel for this case is Michael Quinn, Deputy Attorney General, from the Office of the Attorney General, 455 Golden Gate Ave. Ste. 11000, San Francisco, CA. 94012.

A. Esparza
Staff Services Analyst
Litigation


cc: File

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Lorenzo Fosselman Jr. declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 24th day of January, 20 08, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) Lorenzo Fosse— Jr
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Terrell D. Curry, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On January 24th, 20 08, I served the foregoing: Request for Entry of Default and Declaration of Plaintiff in Support

(Set forth exact title of document(s) served)

by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

Michael Quinn, Deputy Attorney General, 455 Golden Gate Ave Ste 11000 (2nd) SF Ca 94102

Clerk of U.S. Dist. Court 450 Golden Gate Ave SF CA 94102

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1-24-, 20 08,

DECLARANT/PRISONER