**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2008

RE:  CV 07-02606 PJH          LORENZO FOSSELMAN JR-v- M S EVANS

Default is declined as to Defendants M.S. Evans, G. Neotti, G. Ponders, J. Celaya, E. Moore, R. Boccella, M. Moore, M. Nilsson, J. Mensing, M. Atchley, E. Medina, B. Chavez, D. Beatty and J. Caropreso on January 31, 2008.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*
by:  Felicia Reloba
Case Systems Administrator