1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  MICHAEL J. QUINN, State Bar No. 209542
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5726
    Fax: (415) 703-5843
8   Email: Michael.Quinn@doj.ca.gov

9  Attorneys for Defendants Nilsson, Beatty, Martin,
   Chavez, Atchley, M. Moore, Neotti, Evans, Ponders,
10 E. Moore, Hernandez, Boccella, Celaya, Mensing,
   Caropreso, and Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LORENZO FOSSELMAN, Jr., | C 07-2606 PJH (PR) |
|---|---|
| Plaintiff, | DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| v. | |
| M. S. EVANS, et al., | |
| Defendants. | |

I, N. GRANNIS, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Dismiss.

2. The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has been through the final level of review, the Director's Level. When an appeal is received by the

Decl. of N. Grannis in Supp. of Def.'s Mot. Dismiss                L. Fosselman v. Evans, et al.
                                                                   C 07-2606 PJH (PR)

1

1  Inmate Appeals Branch and is accepted for review, it is given a Director's Level log number and
2  entered into the computer system. The computer system was commenced in 1993. The
3  following information is kept in the electronic record: appeal log number, the category
4  (nature/subject) of the appeal, institutional log numbers, inmate's name and CDCR number, the
5  institution where the appeal arose, the date that the appeal is accepted and closed, and the final
6  disposition of the appeal.

7     3. A search of the computerized system has been conducted for inmate Lorenzo
8  Fosselman, Jr., CDCR No. P-13462, at the request of the Attorney General's Office. A true and
9  correct copy of the Director's Level appeals print-out for Plaintiff, dated December 17, 2007, is
10  attached as Exhibit "A".

11     4. Exhibit "A" indicates that the Director's Level of Review did not accept any inmate
12  appeals from inmate Fosselman in 2006. Exhibit "A" also provides that the Director's Level of
13  Review accepted seven inmate appeals from inmate Fosselman between April 2, 2007 and
14  October 29, 2007. The appeal accepted on April 2, 2007 was denied on June 20, 2007. Four of
15  the other appeals were denied after June 20, 2007, and two of the appeals were still pending as of
16  December 17, 2007. Accordingly, Exhibit "A" establishes that Plaintiff failed to exhaust the
17  administrative remedies that were available to him before filing this action on May 16, 2007.

18     I declare under penalty of perjury that the foregoing is true and correct. Executed at
19  Sacramento, California, on February 22, 2008.

                                               N. Grannis

40219990.wpd
SF2007403391

Decl. of N. Grannis in Supp. of Def.'s Mot. Dismiss         L. Fosselman v. Evans, et al.
                                                                                 C 07-2606 PJH (PR)