# EXHIBIT A

Inmate Appeals Branch

12/17/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: P13462

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P13462 | FOSSELMAN, LORENZO | SVSP | 03/17/2004 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0404841 | MEDICAL | Prior to subcategory | 11/01/2004 | SVSP-04-02247 | 01/27/2005 | 01/14/2005 | DENIED |
| 0612648 | PROGRAM | Prior to subcategory | 04/02/2007 | SVSP-07-00362 | 06/26/2007 | 06/20/2007 | DENIED |
| 0613580 | DISCIPLINARY | Prior to subcategory | 04/19/2007 | SVSP-07-01064 | 07/16/2007 | 07/16/2007 | DENIED |
| 0615346 | DISCIPLINARY | Prior to subcategory | 05/22/2007 | SVSP-07-01304 | 08/16/2007 | 08/08/2007 | DENIED |
| 0703466 | LIVING CONDITIONS | Other | 07/30/2007 | SVSP-06-02090 | 10/24/2007 | 10/26/2007 | DENIED |
| 0706910 | SEGREGATION | Other | 08/30/2007 | SVSP-07-01631 | 11/28/2007 | 12/07/2007 | DENIED |
| 0709661 | PROGRAM | Other | 09/24/2007 | SVSP-07-02917 | 12/20/2007 | | PENDING |
| 0712200 (Group) | PROGRAM | | 10/29/2007 | SVSP-07-03388 | 01/28/2008 | | PENDING |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 5031959 | LIVING CONDITIONS | Prior to subcategory | 12/26/2006 | SVSP-06-02090 | 12/26/2006 | | MISSING DOCUMENTATION |
| 5033040 | PROGRAM | Prior to subcategory | 01/24/2007 | SVSP-06-03475 | 01/24/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5034165 | DISCIPLINARY | Prior to subcategory | 02/23/2007 | | 02/23/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5035931 | FUNDS | Prior to subcategory | 03/13/2007 | | 03/13/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5036760 | LEGAL | Prior to subcategory | 04/10/2007 | | 04/10/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5083656 | PROPERTY | Prior to subcategory | 10/21/2003 | SVSP-B-03-01240 | 10/21/2003 | | MUST BE COMPLETED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

12/17/2007

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P13462 | FOSSELMAN, LORENZO | SVSP | 03/17/2004 | | |
| 5083657 | OTHER | | | Prior to subcategory  10/21/2003  10/21/2003 | THROUGH 2ND LEVEL MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 2