IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>M. S. EVANS, et al.,<br><br>    Defendants. | C 07-2606 PJH (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

Defendants Nilsson, Beatty, Martin, Chavez, Atchley, M. Moore, Neotti, Evans, Ponders, E. Moore, Hernandez, Boccella, Celaya, Mensing, Caropreso, and Medina (Defendants) filed a Motion to Dismiss under the nonenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure to exhaust his administrative remedies before filing suit. 42 U.S.C. § 1997e(a).

This Court having considered the Motion to Dismiss, the supporting declarations and exhibits, the opposing and reply papers, the Court's files, and for good cause appearing, hereby grants Defendants' Motion to Dismiss.

/ / /

/ / /

/ / /

[Proposed] Order                                                     L. Fosselman v. Evans, et al.
                                                                     C 07-2606 PJH (PR)

1

1     IT IS HEREBY ORDERED THAT this action is dismissed without prejudice.

2

3    Dated: _____        _____
                                            The Honorable Phyllis J. Hamilton
4                                           U.S. District Court Judge

[Proposed] Order                                              L. Fosselman v. Evans, et al.
                                                              C 07-2606 PJH (PR)

2