EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5726
 Fax: (415) 703-5843
 Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Nilsson, Beatty, Martin,
Chavez, Atchley, M. Moore, Neotti, Evans, Ponders,
E. Moore, Hernandez, Boccella, Celaya, Mensing,
Caropreso, and Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LORENZO FOSSELMAN, Jr.,**<br><br>                                   Plaintiff,<br><br>         v.<br><br>**M. S. EVANS, et al.,**<br><br>                                   Defendants. | C 07-2606 PJH (PR)<br><br>**DECLARATION OF MICHAEL J. QUINN IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** |

I, MICHAEL J. QUINN, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. I am admitted to practice before this Court and courts of the State of California. I have been assigned to represent Defendants Nilsson, Beatty, Martin, Chavez, Atchley, M. Moore, Neotti, Evans, Ponders, E. Moore, Hernandez, Boccella, Celaya, Mensing, Caropreso, and Medina (Defendants) in this case. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I

Decl. Quinn Supp. Defs.' Mot. Order Stay Disc.                                    L. Fosselman v. Evans, et al.
                                                                                                    C 07-2606 PJH (PR)

1

1. submit this declaration in support of Defendants' Motion to Stay Discovery.

2. Attached as Exhibit A is Plaintiff's first set of request for production of documents, which were received by Defendants' counsel on February 1, 2008.

3. Plaintiff's discovery requests relate to the factual basis of his claims, and seek detailed information about the Defendants. The document requests do not bear on the issue raised in Defendants' motion to dismiss, namely, whether Plaintiff is barred from proceeding because of his failure to exhaust his administrative remedies.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on February 28, 2008.

*[signature]*

Michael J. Quinn
Deputy Attorney General

40219653.wpd
SF2007403391

Decl. Quinn Supp. Defs.' Mot. Order Stay Disc.

L. Fosselman v. Evans, et al.
C 07-2606 PJH (PR)