1  LORENZO FOSSELMAN JR.
2  # P13462
3  S.V.S.P  P.O. Box 1050
4  Soledad CA 93960
5    IN·PRO·SE

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN JR.,
          Plaintiff
  v.s.
M.S. EVANS ET al........
          Defendants

CASE No C-07-2606 PJH (pr)

NOTICE OF MOTION (and) MOTION FOR leave To file a Supplemental AMENDMENTS To 1ST Amended Complaint.

TO: Honorable Phyllis J. Hamilton (and)
TO: Michael J. Quinn, Attorney For Defendants Nilsson, Beatty, Martin, Chavez, Stoteley, M. Moore, Neotti, Evans, ponders, E. Moore, Hernandez, Boccila, Celaya, Mensing, Caropreso, and Medina,

Please TAKE Notice THAT plaintiff Lorenzo Fosselman JR. Moves this Court for leave To file an supplemental amendment To the Complaint, Rule 15(c) and (d) of The Federal Rules of Civil Procedure.

This Motion is based on This Notice of Motion, The Supporting Memorandum of points and authorities, The Supporting declarations and pleadings, and records on file with The Court.

Date: 3·31·08

Respectfully,
Lorenzo Fosselman Jr.
LORENZO FOSSELMAN JR. IN Pro se
FOSSELMAN Vs. EVANS ET al.
C07 2606 PJH (pr)

NOT. OF MOT. & MOT. Supp. Compl.      1.)

## I.
## MEMORANDUM OF POINTS AND AUTHORITIES

### - INTRODUCTION -

Plaintiff Lorenzo Fosselman Jr. In pro se a prisoner confined at Salinas Valley State Prison (SVSP) In his complaint which was initially filed on May 16th 2007, and amended for the first time on August 24th 2007. Alledged prison officials abused their authority, and violated several of his Constitutional Rights, by forcing plaintiff to participate in threat assessment interviews/ interrogations, requiring him to speak in a certain fashion & sign documents pertaining to other prisoners criminal conduct when he declined, defendants arbitrarily discriminated against him in retaliation.

When plaintiff attempted to redress his grievances through the administrative appeal process, defendants improperly 'screened-out' some of his appeals, purposesly to fustrate plaintiffs efforts and deny him exhaustion. Plaintiff during all times relevant was isolated to the Behavior Modification Unit (B.M.U.) section of the prison & denied all privileges, and any outdoor exercise or fresh air period, for more than 25 weeks, in violation of the Eighth Amendment, cruel and unusual punishment clause of the U.S. Constitution.

## II.
### - FACTS -

In the first amended complaint plaintiff alledged (14) fourteen claims of Constitutional violations, with attached

Mem.' of Pts.' & Auth.' Supp. Compl.'(1.)    Fosselman v. Evans et al.
                                             C-07-2606 PJH (PR)

evidence in support. On November 7th, 2007, after screening the complaint. This court issued an order for defendants to answer the Amended Complaint or file a dispositive motion (60) sixty days after being served.

Upon further investigation, plaintiff has discovered an additional legal claim that could & should have been presented in the 1st Amended Complaint, because the claim arose out of the conduct set forth or attempted to be set forth in the original pleadings.

Also in the pleadings plaintiff named a DOE defendant. Since filing He has determined the name of 1 DOE defendant.

The defendants name is <u>B. Lazzaroni</u>, paragraph (64) is amended to reflect the identity of Trust Officer B. Lazzaroni & He/She can be located at Salinas Valley State Prison.

Also ~~requested~~ supplemental claim is:

<u>FIFTHTEENTH Cause of Action</u>
(First Amendment. Right to Redress Grievances)

(65) Plaintiff realleges, and incorporates by reference the allegations contained in all previous paragraphs.

Defendant E. Medina denied plaintiff His Rights to redress His grievances, for frivolous reasons in an effort to stonewall His access to the Court. Which was a violation of His rights guaranteed by the First ~~~~ Amendment of the U.S. Constitution.

Mem. of Pts. & Auth. Supp. Compl. (2)                           Fosselman v. Evans et al.
                                                                          C-07-2606 PJH(Pr)

## III
## Conclusion

The Court should grant leave freely to supplement his Complaint to add this additional Information. Foman v. Davis 371 U.S. 178, 182 (1962)

Dated: 3·31·08

Respectfully submitted

*Lorenzo Fusselman Jr.*
Lorenzo Fusselman Jr.
In Pro-Se.

MEM OF PT'S & AUTH. SUPP' COMPL'  (3)

Fusselman v. Evans et al.
C-07-2606 PJH(PR)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorenzo Fosselman Jr.<br>Plaintiff,<br><br>V.S.<br><br>M.S. Evans et al.<br>Defendants | Case No. C-07-2606 PJH (PR)<br><br>[PROPOSED] ORDER |

Plaintiff has requested this court leave to file a supplemental amendment under F.R.C.P 15.(c):(d)

Good cause appearing his request is granted.

IT is so Ordered.

Dated:

_____
Hon. Phyllis J. Hamilton
U.S. District Court Judge

[PROPOSED] ORDER          (1)          Fosselman V. Evans et al...
                                       ... C-07-2606 PJH (PR)