PROOF OF SERVICE

07-2606 pjh

I am a resident in the County of Monterey California. I am over the age of 18 years old and a party to this cause of action. My address is: Salinas Valley State Prison, P.O. Box 1050 Soledad CA 93960

On April 2nd 2008, I served within.

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1.) Opposition to Motion to Dismiss & Exhibits

2.) Request for Judicial Notice of State Court Order / Declaration of Lorenzo Fosselman Jr. & [Proposed Order]

3.) Notice of Motion & Motion for leave to file Supplemental Amendment.

by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael Quinn
Dept of Justice / Office of Attorney General
455 Golden Gate Ave Suite 11000
San Francisco Ca 94102-3664

I declare under penalty of perjury that the foregoing is true and correct, executed this 2nd day of April 2008, at Soledad CA 93960

Lorenzo Fosselman Jr.