1  Lorenzo Fosselman Jr.
2  #P.13462
3  S.V.S.P. P.O. Box 1050
4  Soledad Ca 93960
5  In Pro-Per

E-filing

FILED
08 MAY 16 PM 12:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court
For the Northern District of California

| | |
|---|---|
| Lorenzo Fosselman Jr. <br> Plaintiff <br><br> V.S. <br><br> M.S. Evans et. al........ <br> Defendants | Case No. C-07-2606 PJH (PR) <br><br> Supplement to Request for Judicial Notice |

Plaintiff Lorenzo Fosselman Jr. filed a Request for Judicial Notice of a State Habeas Corpus Court Order, in support of his opposition to defendants' motion to dismiss his Complaint, on grounds of failure to exhaust administrative remedies.

The State Court found that defendants did indeed improperly screen-out (2) of his appeals & ordered defendants to process the appeals, that were improperly screened out.

Attached to this Supplement to the Judicial Notice Request is now exhausted appeal Log # S.V.S.P 08.00904, as per the State Courts Order.

Respectfully,
Lorenzo Fosselman Jr.
LORENZO FOSSELMAN JR.

1.)

Supp. to Req. for Judicial Notice

Fosselman v. Evans. et al C-07-2606 PJH

Declaration of Lorenzo Fosselman Jr.

I, Lorenzo Fosselman Jr. Declare

I am the plaintiff in this case, In pro-per I am competent to testify to the matters set forth herein and if called upon to testify I would do so.

1.) After receiving the Superior Courts order, directing the defendants to process the improperly screened out appeals. Defendant Medina interviewed me concerning this matter on or about 2-22-08, and responded in writting on or about 2-25-08.

2.) On 2-27-08 I submitted the response from Medina to the Inmate Appeals Branch (I.A.B) for finality.

3.) I Received I.A.B's Response on 4-30-08.

4.) Attached is a true copy of the above mentioned responses. (as: ATT #2)

I declare under penalty of perjury that the foregoing is true & correct executed on this 2nd day of May, 2008.

Respectfully
Lorenzo Fosselman Jr.
LORENZO FOSSELMAN JR.

Pl. Decl' in Supp. of Supplement 2.)
To Req. for Judicial Notice

Fosselman V. Evans et al.
C-07-2606 PJH(pr)

Req for Judicial Notice

Attachment #(2)

Defendants Appeal Response To S.V.S.P.-08-00904
As Per State Court Order.

Supplemental Attachment.
Req for Judicial Notice

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   February 22, 2008

To:     Inmate FOSSELMAN, P-13462
        Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-08-00904

**ISSUE:**

The appellant submitted this appeal relative to CDC Form 128A dated 12/28/06. The appellant stated that he had no knowledge of the gang/criminal act that occurred that necessitated the interviews. The appellant challenged the necessity to participate in the interviews. The appellant stated he broke no rule violations.

The appellant requests the removal of the CDC 128A and his privileges be restored.

**REGULATIONS:**

PC §148 Resisting, Delaying or Obstructing
CCR Title 15 §3315 Serious Rule Violations
CCR Title 15 §3318 Assistance to Inmates for Serious Rule Violations
CCR Title 15 §3320 Hearing Procedures and Time Limitations
CCR Title 15 §3323 Disciplinary Credit Forfeiture Schedule
DOM §55015 Unlock Protocols

**SUMMARY OF INVESTIGATION:**

The First Level of Review was bypassed per CCR 3084.5(b). Eloy Medina, Appeals Coordinator, was assigned to investigate this appeal at the Second Level of Review. The appellant was interviewed by Eloy Medina on February 22, 2008 regarding this appeal.

In accordance with the CCR §3084.5 (h) Disciplinary Appeals; the RVR and supporting documentation is reviewed for procedural or due process requirements. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented by the appellant and evaluated in accordance with Salinas Valley State Prison Operational Procedures (OP); the CCR; and the Departmental Operations Manual (DOM).

The appellant states that he has a right to not participate in facility interviews.

Inmate FOSSELMAN, P-13462
Appeal Log Number SVSP-08-00904
Page 2

The interview process is a tool utilized by the administration to determine if there is a substantial risk of serious harm to inmates and staff on a facility in order to respond reasonably. Inmates are required to participate in the interview process. Once inside of the interview room, the inmate may choose to provide any and/or all information which may assist staff is solving the crisis at hand. An inmate is not required to provide information. The reason for an inmate being required to participate in the process (going to the interview room) is primarily to preserve the integrity of the investigation and protect inmate confidentiality.

There is an established penological need; the interview process is a tool utilized by the administration to determine if there is a substantial risk of serious harm to inmates and staff on a facility in order to respond reasonably.

The interview process is not designed to have the inmate self-incriminate himself in any illegal acts. Inmates are required by law and regulation to conduct themselves appropriately. The interview process is not utilized to determine if the inmate is culpable for any offenses. The questions are designed to determine if there is knowledge of recent or future harmful risks to staff and inmates. Inmates are not asked in the interview process if they are engaged, have engaged, or are going to engage in harmful acts. The process is only to determine if there is knowledge of any harmful risks to staff and inmates. In a closed community like a prison setting, the duty to protect and the need to not be deliberately indifferent, necessitates that inmates be compelled to cooperate with staff.

An inmate's refusal to interview only perpetuates the need for modifying a program based on the inability of Administration to identify potential threats to inmates and staff.

The Department Operation Manual (DOM) §55015 gives unlock protocol guidelines. This section of the DOM is confidential and will not be quoted in this response to the appellant. When an incident occurs that requires implementation of DOM §55015, the regulations noted above support departmental action by law (P.C. §148) and rule (Title 15 §3315(2), (B) and (C)).

During interview the appellant voiced his concerns that the CDC 128A noted that the appellant was promoting organized gang activity by refusing to interview.

The CDC 128A notes that "...By failing to interview the administration is unable to determine the threat you pose to other inmates and/or staff and/or your having any information relative to the incident (criminal/gang activity which occurred)...Based on this it appears that you are promoting the activity of organized criminal/gang/disruptive group activity."

As noted above, SVSP staff were attempting to determine the safety of staff and inmates by conducting interviews following a criminal/gang activity. The appellant

Inmate FOSSELMAN, P-13462
Appeal Log Number SVSP-08-00904
Page 3

was required to attend the interview. By the appellant refusing to exit his cell and participate, the appellant presented an unknown threat and appeared to be promoting the criminal/gang activity.

**DECISION**: The appeal is DENIED.

The appellant is advised that this issue may be submitted for a Director's Level of Review, if desired.


G.A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 23, 2008

FOSSELMAN, LORENZO, P13462
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

RE: IAB# 0725035    SVSP-08-00904    DISCIPLINARY

Mr. FOSSELMAN:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The Second Level of Review is considered the department's final action in regard to CDC Form 128-A, Custodial Chronos.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA                                                                                                 DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.     Category

1. _____  1. SUSP-D-08-00904  1. _____

2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

128A            refuse to Interview

NAME: Fosselman     NUMBER: P-13462     ASSIGNMENT: (D2-214)     UNIT/ROOM NUMBER: C-8 127

A. Describe Problem: See Attached faxed 602.

_____

INMATE APPEALS BRANCH
RECEIVED MAR -3 2008

128A Final

If you need more space, attach one additional sheet.

B. Action Requested: _____

Inmate/Parolee Signature: _____ Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

SVSP-D-08-00904

| First Level | ☐ Granted | ☐ P. Granted | ☐ Denied | ☐ Other _____ |

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                    Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

| Second Level | ☐ Granted | ☐ P. Granted | ☒ Denied | ☐ Other _____ |

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☒ See Attached Letter

DELIVERED FEB 22 2008

Signature: _____ Date Completed: 2/22/08
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Request 3rd level Review for Exhaustion

_____
_____
_____

Signature: _Jesse_ Date Submitted: 2-27-08

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

---

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                                          Date: _____
CDC 602 (12/87)           0725035

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. SVSP—    1. D-08-00904    1
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

128A    refuse to interview

NAME: FOSSELMAN, L    NUMBER: P-15462    ASSIGNMENT: N/A    UNIT/ROOM NUMBER: C-8 127

A. Describe Problem: On or about 12-22-06 C/O HERNANDEZ approached my cell and asked me if I wanted to interview about some conspiracy/incident on C-facility, to which I knew (nor known) nothing about. So I declined by inform C/O HERNANDEZ that I don't have any information for staff. On 12-23-06 I recieved a memorandum stating that all of my priveledges have been restricted (contact visits, canteen, packages, special purchases ect.) yet I've not

If you need more space, attach one additional sheet.    "SEE PAGE 2" NEXT PAGE →

B. Action Requested: My priviledges be restored and 128 A chrono removed from my C-file, and that retaliation/reprisals cease against me for not interviewing or signing documents.

Inmate/Parolee Signature: Fosselman, L    RECD JAN 08 2007    DELIVERED JAN 26 20__    Date Submitted: 1-7-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

INMATE APPEALS BRANCH    RECEIVED MAR -3 2008

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

WOODSON, L                                               pg 2 of 2

been found guilty of no rule violation to warrant disciplinary restrictions of such a magnitude.

On 12-26-06 I then recieved a 128 A chrono from C/O Carlos, stating that since I failed to assist staff gather information further or progressive discipline is going to come my way. I don't understand. To me this is a violation of the Title 15. 3002(C) Behavioral and participation expectations.

See 2 Attachments-
1 Memorandum
1 28 A Chrono

Respectfully submitted,
L. Woodson, L
C-8 127                P 13462

1-7-07

California Department of Corrections and Rehabil...

# MEMORANDUM

Salinas Valley State Prison



Date:    December 22, 2006

To:      Inmate Fosselman P13462, C8-127U

Subject: NON-CONTACT VISITING/FACILITY C INTERVIEW PROCESS

On December 12, 2006 information was received by Facility C Staff that the Black and White inmate population was conspiring to assault staff. In the past there have been several unsuccessful attempts made to incorporate Fresno Bulldog inmates into the Facility C program. This information has led to the current modified program. Per DOM 55015, Unlock Protocol, all inmates on the facility must complete the interview process.

As part of the review process, all C Facility inmates will be interviewed concerning the current threats on staff and the integration of the Fresno Bulldogs to safely program. You, Inmate <u>Fosselman</u> have been identified as either failing to successfully complete the interview process or interviewing in such a fashion that staff cannot determine the threat you pose to staff or inmates. Based on these two factors, staff has either determined you as a potential threat to staff or inmates or is unable to determine your threat to staff or other inmates. Based on this you will remain on modified program and be placed on the bottom of the list to be reviewed for program potential. Staff will continue the review process of those inmates that participate in an attempt to return them to normal program.

Based on this you will remain on modified program to include <u>personal hygiene</u> <u>canteen draw only, no quarterly packages, no special purchase.</u> Also due to your refusal/failure to comply with the interview process and administrations inability to ascertain your threat status you will be placed on <u>non-contact visiting.</u> These modifications will remain in effect until further notice.

Remember, the Department values the sanctity of humane life and will not allow anyone to place another human life in jeopardy. Your help is needed and expected to achieve this goal.

G. Ponder
Facility C
Salinas Valley State Prison

NAME: Fosselman          CDC #: P13462          HOUSING: C8-127U          CDC 128-A (Rev. 4/7)

On 12-22-06 you failed to participate in the facility interviews. Interviews are designed to gather information and assist the administration with returning the facility to a normal program. By failing to interview, the administration is unable to determine the threat you pose to other inmates and/or staff and/or your having any information relative to the incident (criminal/gang activity which occurred) that requires the interview process per D.O.M. 55015 Unlock Protocol. Based on this it appears that you are promoting the activity of organized criminal/gang/disruptive group activity which occurred that required an investigation/interview process to be implemented. As a general population inmate you are expected to comply with departmental policy, rules and regulations as well as institutional procedures, State and Federal Laws. By failing to participate in the interview process you are willfully indicating that you may have information and could actively be participating and promoting in organized criminal gang/disruptive group activity. You were non-receptive to counseling. You are instructed to comply with the interview process. Failure to do so will result in progressive discipline.

c.c. Central File
Facility Captain
Correctional Counselor
Writer
Housing Officer
Inmate

M. Nilsson
Facility C Program Sergeant
Salinas Valley State Prison

DATE: 12/28/06

COUNSELING CHRONO

State of California    INMATE / PAROLE APPEAL SCREENING FORM    Department of Corrections and Rehabilitation
CDCR-695

INMATE: Fosselman    CDC #: P-13462    CDC HOUSING: C8-130 ~~127~~

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[X] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[ ] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate Issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments: You may write on back of this form to clarify or respond to the above.

Fosselman – Dom confidential Section 55015 dictates you must participate in interview process. The 128A simply documents your refusal to interview & the possible safety concerns.

See next page for objection to being screened out

Fosset    1-29-07

DELIVERED JAN 26 2007

Eloy Medina, CC-II    Date: 1/9/07
Appeals Coordinator

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

~~INMATE/PAROLEE APPEAL SCREENING~~  OBJECTION

FOSSELMAN L        P13462              C-8 130

On January 26th I recieved my appeal back screened out. I'm objecting on the grounds that:

"By placing a 128 x chrono in my c-file indicating, I'm promoting the activity of organized criminal/gang/disruptive group activity. By failing to interview properly, does have an adverse effect on me. The (128) also goes on to state: ~~___~~ as a General Population Inmate, I am expected to comply with departmental policy, rules and regulations, as well as Institutional procedures." To this day I have never seen D.O.M 55015 unlock protocol. How am I expected to comply?"

Title 15 Sub sec. 3084.1(a) Rights to appeal clearly states: "Any Inmate or parolee under the departments Jurisdiction may appeal any departmental decision, action, condition or policy which they can demonstrate as having an adverse effect upon their ~~welfare~~." I am simply attempting to exercise that right." Attached is (2) documents as evidence of adverse effect to me."

Dated: 1-29-07                          Respectfully
                                        [signature] P134[..]
                                        FOSSELMAN L.

## PROOF OF SERVICE

I am a resident of Monterey California, I am over the age of 18 years, and the plaintiff in this cause of action my address is Salinas Valley State Prison P.O. Box 1050, Soledad CA 93960

On May 14th 2008 I served within

1.) Supplement to Request for Judicial Notice Attachment.

By placing a true copy thereof enclosed in a sealed envolope & addressed as follows and mailing it to.

Michael Quinn
Dept of Justice/Office of Attorney General
455 Golden Gate Ave Suite 11000
San Fran CA 94102-7004.

I declare under penalty of perjury that the foregoing is true & correct executed this 14th day of May 2008.

_Lorenzo Fosselman Jr._
LORENZO FOSSELMAN Jr.



Lorenzo Fosselman Jr.
# P.13462
Salinas Valley State Prison
D-2 214 P.O. Box 1050
Soledad CA 93960

STATE PRISON GENERATED MAIL



CLERK, UNITED STATES DISTRICT COURT
for THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

**LEGAL MAIL ONLY**