IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr., <br><br> Plaintiff, <br><br> v. <br><br> M. S. EVANS, et al., <br><br> Defendants. | C 07-2606 PJH (PR) <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY |

Defendants Nilsson, Beatty, Martin, Chavez, Atchley, M. Moore, Neotti, Evans, Ponders, E. Moore, Hernandez, Boccella, Celaya, Mensing, Caropreso, and Medina (Defendants) moved this Court to stay discovery pending their Motion to Dismiss, which is based on Plaintiff's failure to exhaust administrative remedies before filing this action. After full consideration and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for a Stay is granted. Discovery, including all discovery motions, is stayed until further order of the Court. IT IS SO ORDERED.

Dated: 5/20/08

The Hon. Phyllis J. Hamilton
U.S. District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Proposed] Order

Fosselman v. Evans, et al.
C 07-2606 PJH (PR)

1