Lorenzo Fosselman Jr.
# P.13462
K.V.S.P. P.O. Box 5101
Delano CA 93612

E-filing

To: Clerk, U.S. Dist Court
for the Northern District of California
450 Golden Gate Ave
S.F. CA 94102

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Fosselman v. Evans et al. — C-07-2606 PJH (pr)

Dear ~~Clerk~~

I also have a case (# C-07-2606) Fosselman v. Evans et al. for which you should log as a change of address for too —
P.O. Box 5101, Delano CA 93612.

Respectfully
Lorenzo Fosselman Jr.
Lorenzo Fosselman Jr.