

E-filing

FILED JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED JUN 11 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

6-5-08

TO: CLERK

RE: FOSSELMAN V. EVANS ET al... C-07-2606 PJH (PR)

Yesterday I wrote about an address change. How-ever the Zip code information was incorrect. The corect address is P.O. Box 5101, Delano CA 93216.

Respectfully,
Lorenzo Fosselman Jr.
Lorenzo Fosselman Jr.
#P13462
K.V.S.P
P.O. Box 5101
Delano CA 93216