Lorenzo Fosselman Jr.
(# P-13462)
Kern Valley State Prison
P.O. Box 5101, Delano CA 93216
- In Pro-Per -

FILED
08 JUL 14 PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Lorenzo Fosselman Jr.
Plaintiff

v.s

M.S. Evans et al.
Defendants

CASE NO. C-06-2606 PJH (PR)

ADDENDUM TO MOTION TO DISMISS, EXHIBIT "G" DECLARATION OF MORRIS RODGERS

Plaintiff Lorenzo Fosselman Jr. submitted an opposition to defendants motion to dismiss, on the grounds that defendants are estopped from asserting the failure to exhaust defense under the prison litigation reform act (PLRA) due to defendants own actions of preventing plaintiff from exhausting by improperly screening out his grievance.

This Declaration of Morris Rodgers, is further evidence of a pervasive pattern of defendants unlawful actions' "stonewalling" legitimate grievances which challenged conditions of confinement, at Salinas Valley State Prison.

7-9-08 -

Addendum to Mot. to Dismiss.
Fosselman v. Evans et al. ---- 1
C-06-2606 PJH(PR)

Lorenzo Fosselman Jr.
In Pro-Per

## DECLARATION OF LORENZO FOSSELMAN JR.

I, LORENZO FOSSELMAN JR. declare as follows:

I am the plaintiff in this case in pro-per. I am competent to testify to matters set forth herein and if called upon I would do so.

1.) I received the Declaration of MR. RODGERS on 7-8-08, at Kern Valley State Prison.

I declare under penalty of perjury that the foregoing is true & correct executed this 9th day of July 2008 at K.V.SP. in Delano CA

*Lorenzo Fosselman Jr.*
LORENZO FOSSELMAN JR.

Dec' of Pl. Add Mot. To Dismiss. (2.)

FOSSELMAN V. EVANS ET AL
C-06-2606 PJH/pr

<u>Declaration of Morris Rodgers</u>

— Exhibit G —

Addendum to Mot.' to Dismiss.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr., <br><br> Plaintiff, <br><br> v. <br><br> M.S. EVANS, et al., <br><br> Defendants. | Case # C 07-2606 PJH (PR) <br><br> DECLARATION OF: <br> MORRIS RODGERS (#C-71298) <br><br> Hon. Phyllis J. Hamilton <br> U.S. District Judge |

I, MORRIS RODGERS (#C-71298), declare as follows:

1. I am a state prisoner presently located at Kern Valley State Prison (KVSP), in Delano, California;

2. I met the Plaintiff (Inmate Lorenzo Fosselman) here at KVSP when he was transferred here from Salinas Valley State Prison (SVSP) approximately a month or more from the date of this declaration;

3. The Plaintiff and myself were having a discussion about SVSP and mutual legal matters when he informed me about this civil rights action currently pending against the list of named defendants;

-1-

4. I, in turn, informed him about my civil rights action currently pending in this same Court against some of the same persons (and consequently for some of the same reasons) as he stated his suit advances;

5. When I was housed at SVSP from July 1998 until I was transferred out in November 2005, I too was confronted by the obstructionist actions of prison officials at SVSP whenever I attempted to pursue legitimate complaints within the Inmate Appeals System;

6. Between 2001 and 2005, the SVSP Appeal Office staff began systematically and arbitrarily harassing not only my appeals, but other prisoners' appeals, using reasons which were in no way listed within the California Department of Corrections and Rehabilitation's regulation or operation manuals;

7. The persons named in this action (i.e., defendants T. VARIZ, M.S. EVANS, and M. MOORE, to name just a few) are also named in my civil rights complaint in this Court (Case No. C 05-2121 MMC (PR)), because they were deliberately and capriciously violating my constitutional rights, by intentionally preventing me from exhausting my administrative appeals to interfere with my ability to go forward with what they knew would be a civil rights law suit;

8. As they have allegedly interfered with Plaintiff Fosselman's efforts to pursue his claims within the prison's appeals process, they were doing the same thing to any prisoner who they knew might or would follow up with a suit of some kind;

9. Insofar as this issue of interfering with the Plaintiff's ability to exhaust his administrative remedies at SVSP

-2-

1 is concerned, I have personal experience with the actions of
2 the major defendants named in this suit, and am more than will-
3 ing to testify about matters relating directly thereto;

4    10.    If called to testify concerning the actions of prison
5 officials (namely defendant Mike S. Evans and others who were
6 assigned to the prison's appeals office), I would do so willing-
7 ly.

8    11.    I declare under penalty of perjury that the foregoing
9 is true and correct to the best of my knowledge and recollection.
10    Executed on this 8th day of July 2008, at Kern Valley State
11 Prison, Delano, California.

_____
Morris Rodgers, Delcarant.

-3-

Proof of Service by Mail

I declare that:

I am a resident of KERN VALLEY STATE Prison the county of Delano, California. I am over the age of 18 years. My residence address is:
P.O. Box 5101 Delano CA 93216.

On July 9TH 2008 I served the attached ADDENDUM TO MOTION TO DISMISS on the Michael Quinn (ATTORNEY GENERAL) in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at K.V.S.P addressed as follows:

DEPARTMENT OF JUSTICE,
455 GOLDEN GATE AVE suite 11000, SAN FRANCISCO CA 94102.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 9TH 2008 [date], at Delano, California.

Lorenzo Fosselman Jr.
[Type or Print Name]

[Signature]

LORENZO FOSSELMAN JR.
# P.13462
KERN VALLEY STATE PRISON
A.1 204  P.O. BOX 5101
DELANO CA 93216

Kern Valley State Prison
Facility A, Building 1

— LEGAL MAIL —



CLERK. U.S. DIST. COURT
for THE NORTHERN DISTRICT
OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102

