1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-5726
6   Fax: (415) 703-5843
    E-mail: Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants Nilsson, Atchley, Moore,
   Neotti, Evans, Moore, Boccella, Celaya, Mensing,*
8  *Caropreso, Beatty, Chavez, Ponder, Martin, and
   Hernandez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr., | C 07-2606 PJH (PR) |
| Plaintiff, | [PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF LORENZO FOSSELMAN, CDCR No. P-13462 |
| v. | |
| M. S. EVANS, et al., | |
| Defendants. | |

Plaintiff, **LORENZO FOSSELMAN, Jr., CDCR No. P-13462**, a necessary and material witness in proceedings in this case **beginning on December 15, 2009, at 11:00 a.m.**, is confined at Kern Valley State Prison in the custody of Warden Kelly Harrington. In order to secure this inmate's attendance at the settlement conference scheduled for December 15, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Lorenzo Fosselman, Jr., CDCR No. P-13462, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687,** **the Honorable Nandor Vadas presiding, beginning on December 15, 2009, at 11:00 a.m.**

1

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Kern Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate **LORENZO FOSSELMAN, Jr., CDCR No. P-13462**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Kern Valley State Prison.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Kern Valley State Prison,

**YOU ARE COMMANDED** to produce inmate **LORENZO FOSSELMAN, Jr., CDCR No. P-13462**, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Kern Valley State Prison.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 9/30/09

The Honorable Nandor Vadas
United States Magistrate Judge

SF2007403391
20223881.doc