IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorenzo Fosselman,<br><br>Plaintiff,<br><br>v<br><br>M.S. Evans, et al.,<br><br>Defendants. | Case No C 07-2606 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 16, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, Lorenzo Fosselman

☐ Warden or warden's representative

☒ Office of the California Attorney General, Mike Quinn

☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date:  1/20/10              _____
                            Nandor J Vadas
                            United States Magistrate Judge

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fosselman | No. C 07-2606 PJH |
| v. | CERTIFICATE OF SERVICE |
| Evans _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/21/10, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Lorenzo Fosselman, Jr.**
P-13462
Kern Valley State Prison
B-1-210
P.O. Box 5101
Delano, CA 93216


RICHARD W. WIEKING, CLERK


By:/s/_____
    Deputy Clerk