UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LORENZO FOSSELMAN, JR.,

        Plaintiff,

   v.

M. S. EVANS (Warden); et al.,

        Defendants.
                                        /

No. C 07-2606 PJH (PR)

**ORDER SETTING DEADLINES**

     This is a civil rights case filed pro se by a state prisoner. The magistrate judge to whom it was referred to conduct settlement negotiations reports that the case did not settle. The stay is **LIFTED**.

     The court sets the following deadlines:

     1. By April 16, 2010, defendants shall comply with the order regarding discovery in the court's order of September 10, 2009.

     2. Dispositive motions shall be filed by April 30, 2010. Defendants may renew their summary judgment motion by reference, if they wish. If a party desires to oppose a dispositive motion, he or she shall do so within twenty-one days of the date the dispositive motion is served. Any reply to an opposition is due within fourteen days of the date the opposition is served.

     3. Dispositive motions will be ruled upon without oral argument unless the court orders otherwise at a later date.

     **IT IS SO ORDERED.**

Dated: March 29, 2010.

                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge

P:\PRO-SE\PJH\CR.07\FOSSELMAN2606.schedule.wpd