UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN JR.

        Plaintiff(s),

  v.

M. S. EVANS

        Defendant(s).

No. C-07-02606 PJH (NJV)

**ORDER REQUIRING PARTIES TO MEET AND CONFER IN ADVANCE OF SETTLEMENT CONFERENCE**

The parties will participate in a settlement conference with the undersigned on June 12, 2012. Prior to attending that settlement conference, plaintiff, CDCR representatives, and counsel for defendants are ordered to meet and confer either telephonically or in person, to discuss settlement terms. Counsel for defendants shall coordinate the logistics for the meet and confer discussion.

**IT IS SO ORDERED**.

Dated: May 30, 2012

Nandor J. Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN, JR., | No. 4:07-CV-2606 PJH (NJV) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| M. S. EVANS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 30, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Lorenzo Fosselman, Jr.
P-13462
P.O. Box 921
Imperial, CA 92251

/s/ France Jaffe
_____
France Jaffe
Law Clerk to the Honorable
Nandor J. Vadas

2