1   KAMALA D. HARRIS
    Attorney General of California
2   WILLIAM C. KWONG
    Supervising Deputy Attorney General
3   EMILY L. BRINKMAN
    Deputy Attorney General
4   State Bar No. 219400
     455 Golden Gate Ave., Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5742
6    Fax:  (415) 703-5843
     E-mail: Emily.Brinkman@doj.ca.gov
7   *Attorneys for Defendants E. Moore, Evans, M.*
    *Moore, Caropreso, Atchley, Chavez, Neotti,*
8   *Mensing, Hernandez, Martin, Boccella, Ponder,*
    *Nilsson, Beatty, and Celaya*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14
    **LORENZO FOSSELMAN, Jr.,**                    C 07-2606 PJH (PR)
15
                               Plaintiff,          **VOLUNTARY DISMISSAL WITH**
16                                                 **PREJUDICE AND [PROPOSED] ORDER**
                      **v.**
17
18  **M. S. EVANS, et al.,**

19                             Defendants.

20

21

22        Following mediation of this case on June 12, 2012 with the Honorable Magistrate Judge

23  Nandor J. Vadas, Plaintiff Lorenzo Fosselman, Jr., in pro per, voluntarily dismisses Defendants E.

24  Moore, Evans, M. Moore, Caropreso, Atchley, Chavez, Neotti, Mensing, Hernandez, Martin,

25  Boccella, Ponder, Nilsson, Beatty, and Celaya from this action, with prejudice.  Further, Plaintiff

26  Lorenzo Fosselman, Jr. and Defendants E. Moore, Evans, M. Moore, Caropreso, Atchley,

27  Chavez, Neotti, Mensing, Hernandez, Martin, Boccella, Ponder, Nilsson, Beatty, and Celaya, by

28  and through their attorneys of record, hereby stipulate that this case be dismissed with prejudice.

                                        1

1    Each party shall bear his or her own attorneys' fees and costs.

2    IT IS SO STIPULATED.

3

4    Dated: June 12, 2012    _____

5                            Lorenzo Fosselman, Jr.
                             Plaintiff

6

7    Dated: June 11, 2012    _____

8                            Emily L. Brinkman
                             Deputy Attorney General

9                            Attorneys for Defendants E. Moore, Evans, M.
                             Moore, Caropreso, Atchley, Chavez, Neotti,

10                           Mensing, Hernandez, Martin, Boccella, Ponder,
                             Nilsson, Beatty, and Celaya

11

12    IT IS SO ORDERED.

13

14    Dated:   12/5/12      _____

15                          Phyllis J. Hamilton
                            United State District Judge

16

17    SF2007403391
      10906045.doc
18

19

20

21

22

23

24

25

26

27

28

                                      2

# CERTIFICATE OF SERVICE

Case Name:   **Fosselman v. Evans, et al.**      No.   **C 07-2606 PJH (PR)**

I hereby certify that on <u>December 3, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>December 3, 2012</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Lorenzo Fosselman, Jr.**
**(P-13462)**
**Centinela State Prison**
**P.O. Box 921**
**Imperial, CA  92251**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 3, 2012</u>, at San Francisco, California.

| L. Santos | */s/ L. Santos* |
|-----------|-----------------|
| Declarant | Signature |

20654765.doc